**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEN W. SANTOS HERNANDEZ,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-3613** |
| | : | |
| **HOWARD HOLLAND,** *et al.,* | : | |
| Respondents. | : | |

**ORDER**

**AND NOW,** this 12th day of March 2026, upon review of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, and after noting Petitioner's failure to object to the Report and Recommendation, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED.**

2. The Petition for Writ of Habeas Corpus is **DISMISSED**.

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, there is no probable cause to issue a certificate of appealability.

4. Petitioner's Motion for Stay and Abeyance (ECF No. 11) is **DENIED**.

5. The Clerk shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Catherine Henry*

**CATHERINE HENRY, J.**